1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney

2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  BENJAMIN K. KLEINMAN (NYBN 5358189)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       Benjamin.kleinman2@usdoj.gov
8
9  Attorneys for United States of America

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )  Case No. 4:21-mj-70900-MAG-6
                                       )
14         Plaintiff,                  )  STIPULATION AND PROTECTIVE ORDER
                                       )
15     v.                              )
                                       )
16                                     )
    MARIO ISABEL CRUZ-CALIX,           )
17                                     )
           Defendant.                  )
18  _____)

19

20         With the agreement of the parties, the Court enters the following Protective Order:

21         Defendant is charged with one count of 21 U.S.C. §§ 846, 841(b)(1)(B).  The United States will

22  produce documents and other materials pertaining to the defendant and the charged offense to defense

23  counsel.  The discovery to be provided includes documents or other materials falling into one or more of

24  the following categories (collectively, "Protected Information"):

25         1.  Personal Identifying Information of any individual (other than his or her name), including

26             any person's date of birth, social security number, residence address, telephone numbers,

27             email addresses, driver's license number, names of persons who are minors, or criminal

28             histories ("Personal Identifying Information");

PROTECTIVE ORDER                              1
4:21-mj-70900-MAG-6

2.  Information implicating the safety of victims, witnesses, undercover officers or agents, and/or confidential informants or sources, as well as information identifying uncharged potential targets ("Sensitive Information"); and

3.  Financial Identifying Information of any individual or business, including bank account numbers, credit or debit card numbers, account passwords, and taxpayer identification numbers ("Financial Identifying Information").

The United States will identify discovery materials as Protected Information by marking such materials "CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER" or by providing written notice identifying discovery materials as Protected Information. The government shall exercise reasonable care in determining which discovery materials should be designated as Protected Information in order to avoid the over-designation of discovery materials as Protected Information.

To ensure that Protected Information is not subject to unauthorized disclosure or misuse,

**IT IS HEREBY ORDERED** that defense counsel, their investigators, assistants, employees, and independent contractors (collectively, "the Defense Team") may review with the defendant all discovery material produced by the government, but shall not provide a defendant with copies of, or permit defendant to make copies of, or have unsupervised access to any discovery material produced by the government that contains Protected Information, unless the Protected Information has first been **entirely redacted** from the discovery materials. The government and defense counsel are ordered to work together to ensure that these materials are protected, but that defendant has as much access to the materials as can be provided consistent with this Court's order. Discovery material that clearly pertains to a specific defendant and does not contain Protected Information regarding any other person (*e.g.*, defendant's own bank records, telephone records, and business records) may be provided to that defendant unredacted.

The Defense Team may show, or discuss with, witnesses Protected Information in the course of preparing a defense for trial or any related proceedings in this case, but only if (i) the witness, by reason of their participation in the underlying events or conduct, would have seen or had reason to know such information, or (ii) it is otherwise relevant to the defense of the case that the Defense Team discuss with or show the witness Protected Information. Witnesses may only view Protected Information in the

1  presence of the Defense Team.  No witness or potential witness may retain copies of discovery material

2  that contains Protected Information after his or her review of those materials with the Defense Team is

3  complete.

4        A member of the Defense Team may also provide unredacted copies of Protected Information to

5  any experts being consulted or retained to assist with the preparation of the defense in the captioned

6  case.  The defendant, all members of the Defense Team, and any experts who receive Protected

7  Information under this Order shall be provided a copy of this Order along with those materials and shall

8  sign and date the order reflecting their agreement to be bound by it.

9        The Defense Team shall maintain Protected Information safely and securely and shall exercise

10  reasonable care in ensuring the confidentiality of those materials by not divulging the contents or

11  permitting anyone to see Protected Information except as set forth in this Protective Order.

12        The materials provided pursuant to this protective order may only be used for the specific

13  purpose of preparing or presenting a defense in this matter unless specifically authorized by the Court.

14        This Order shall also apply to any copies made of any materials covered by this Order.

15        **IT IS FURTHER ORDERED** that if a party files a pleading that contains or attaches Protected

16  Information subject to this Order, the Protected Information must accompanied by a request to file under

17  seal and redacted from the public filing, unless otherwise ordered by the Court.

18        **IT IS FURTHER ORDERED** that after any judgment or disposition has become final and there

19  are no pending proceedings, challenges, appeals, or habeas motions in the case, counsel for defendant

20  shall either destroy discovery materials containing Protected Information (including any copies) within

21  30 days if the defendant consents to such destruction, or retain the Protected Information and ensure that

22  the Protected Information will continue being kept under the conditions specified in this Order.  After

23  the statutory period for filing a motion under 28 U.S.C. § 2255 has expired, the United States is free to

24  destroy documents and materials subject to this Order.  If defendant is represented by counsel and files a

25  motion pursuant to 28 U.S.C. § 2255, the United States will provide counsel with the documents and

26  materials subject to this Protective Order under the terms of this Order.  Upon request by predecessor

27  counsel, counsel for defendant may provide materials subject to this Protective Order under the

28  conditions specified in this Order.

1    This stipulation is without prejudice to either party applying to the Court to modify the terms of

2    any protective order.  This Court shall retain jurisdiction to modify this Order upon motion of either

3    party even after the conclusion of district court proceedings in this case.

4

5    **IT IS SO STIPULATED.**                      STEPHANIE M. HINDS
                                                    United States Attorney
6

7

8    Dated: 02/06/2023                             /s/ Benjamin K. Kleinman
                                                    BENJAMIN K. KLEINMAN
9                                                   Assistant United States Attorney

10

11                                                  /s/ Gail Shifman
                                                    GAIL SHIFMAN
12                                                  Counsel for Defendant MARIO ISABEL
                                                    CRUZ-CALIX
13

14

15   **IT IS SO ORDERED.**

16

17   Dated: February 8, 2023

18

19

20                                                  THE HON. DONNA M. RYU
                                                    United States District Judge
21

22

23

24

25

26

27

28

PROTECTIVE ORDER                                      4
4:21-mj-70900-MAG-6

**By signing below, I acknowledge that I have been provided and have reviewed a copy of this Order and hereby agree to be bound by its terms:**

| SIGNATURE | DATE |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |